**Hamid JAVADI; et al., Petitioners,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 12–73931.

United States Court of Appeals, Ninth Circuit.

Submitted July 21, 2015.*

Filed Aug. 4, 2015.

Elias Z. Shamieh, Law Offices of Shamieh and Ternieden, San Francisco, CA, for Petitioners.

OIL, Aaron R. Petty, Paul F. Stone, Esquire, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Of-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

fice of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, BEA, and MURGUIA, Circuit Judges.

MEMORANDUM **

Hamid Javadi and Mojgan Fooroughi, natives of Iran and citizens of Iran and Germany, and Armin Javadi and Zara Eileen Javadi, natives and citizens of Germany, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings and reissue its previous decision. We dismiss the petition for review.

We lack jurisdiction to review the BIA's decision to decline to exercise its discretionary authority pursuant to 8 C.F.R. § 1003.2(a) to reopen and reissue its December 2011 decision. *See Mejia–Hernandez v. Holder,* 633 F.3d 818, 823–24 (9th Cir.2011).

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.